

# NUMBER 13-18-00373-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROCIO RIVERA GARCIA,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

This Court has received the appellate record with the exception of State's Exhibits 5 ("Dash Cam Video") and 5A ("USB Dash Cam Video"). The clerk of the trial court is ORDERED to forward State's Exhibits 5 and 5A admitted at trial in trial court cause number CR-2508-17-D to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of March, 2020.